No. 1340.  ACARINO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  *Jerome Lewis* and *H. Elliot Wales* for petitioner.  *Solicitor General Griswold* for the United States.

No. 1355.  BLUMCRAFT OF PITTSBURGH *v.* CITIZENS & SOUTHERN NATIONAL BANK OF SOUTH CAROLINA ET AL. C. A. 4th Cir.  Certiorari denied.  *James C. McConnon* and *Henry N. Paul, Jr.,* for petitioner.  *Warren N. Williams, Gordon D. Schmidt, W. Francis Marion,* and *William T. Bullinger* for respondents.

No. 1369.  THAL *v.* COMMONWEALTH FINANCIAL CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.  *Albert B. Gerber* for petitioner.  *Solicitor General Griswold, Philip A. Loomis, Jr., David Ferber,* and *Paul Gonson* for respondent Securities and Exchange Commission, and *Morris M. Wexler* and *Leon S. Forman* for respondents Pitman et al.

No. 1377.  MARRA BROS., INC. *v.* LONGO.  C. A. 2d Cir. Certiorari denied.  *Sidney A. Schwartz* for petitioner. *Angelo C. Gucciardo* for respondent.

No. 986.  HILAND DAIRY, INC., ET AL. *v.* KROGER CO. C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Gray L. Dorsey, Lynn C. Paulson,* and *Edward F. O'Herin* for petitioners.  *Norman Diamond* for respondent.  *Solicitor General Griswold, Assistant Attorney General McLaren, Lawrence G. Wallace,* and *Howard E. Shapiro* filed a memorandum for the United States as *amicus curiae,* by invitation of the Court, 394 U. S. 903.